UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES R. ZUEGEL,<br><br>               Plaintiff,<br>v.<br><br>MOUNTAIN VIEW POLICE<br>DEPARTMENT, et al.<br><br>               Defendants. | Case No.   5:17-cv-03249 BLF<br><br>**VERDICT FORM** |

We, the jury, unanimously find by a preponderance of the evidence as follows:

1. Did either Officer enter the Plaintiff's residence in violation of the Fourth Amendment?

                          Patrick Ward:      Yes _____   No ✓

                          Britton Moore:     Yes _____   No ✓

Please proceed to Question 2.

//
//
//
//

1
Verdict Form

//
//

2. Did either Officer remain in the Plaintiff's residence in violation of the Fourth Amendment?

        Patrick Ward:      Yes ✓    No _____

        Britton Moore:     Yes ✓    No _____

If you answered "Yes" for either officer in Question # 1 or Question #2, please proceed to Question #3. If you answered "No" to both Questions as to both Officers, then please proceed to the end of this Verdict Form and have the jury foreperson sign and date the Verdict Form.

3. Was the unlawful entry or remaining presence in the residence the product of a deliberate indifference by the City of Mountain View to the need to properly train its police officers?

                                                             Yes _____    No ✓

If you answered Yes to Question 1, 2, or 3, answer Question 4.

4. What are the total damages, if any, suffered by Plaintiff and caused by Defendant(s)' wrongful conduct?

        Medical costs, mental or emotional suffering?        $ 3,000

Proceed to Question 5.

5. For any Defendant you answered "Yes" to Question 1, 2, or 3, what percentage of responsibility for Plaintiff's total damages do you assign to the wrongful conduct of each Defendant?

Patrick Ward __50__%
Britton Moore __50__%
City of Mountain View _____%
Total __100%__

Please proceed to Questions #6.

6. Did any Officer engage in conduct that was malicious, oppressive, or in reckless disregard of Plaintiff's rights?

Patrick Ward:   Yes ____   No ✓
Britton Moore:  Yes ____   No ✓

Dated: Nov 20, 2020
4:27 pm  F.A.

_____
Foreperson

3
Verdict Form