**Violet Elizabeth Grayson Time Billed in Zuegel v. MVPD et al.;
Case No.  17-cv-03249**

| | |
|---|---|
| **TOTAL HOURS DOCUMENTED** | **1410.7** |
| **Legal Services Rendered** | **Hours** |

| | |
|---|---|
| 6/26/17 - Review client documents in preparation for meeting w/Zuegels | 3.0 |
| 6/27/17 - Conversation with Jim and Lisa re case | 2.3 |
| 6/28/17 - Further conversation with Zuegels re case | 3.2 |
| 7/10/17 - Library research for Federal Civil Rights Complaint | 2.3 |
| 7/10/17 - Create and file Notice of Appearance for Federal Case | 0.5 |
| 7/20/17 - Read material downloaded from drop box | 2.0 |
| 7/2/17- Read material downloaded from drop box | 1.9 |
| 8/31/17 - Begin drafting federal complaint (2.0); search for officers' first names (.5); correspondence with Jim re same (0.5) | 3.0 |
| 9/9/17 - More research for federal complaint (3.0); drafting of federal complaint (2.9) | 5.9 |
| 9/10/17 - Edit federal complaint | 2.0 |
| 9/11/17 - Further revisions and proofing of federal complaint (1.2) transmit to client (.2) | 1.4 |
| 9/12/17 - Exchange e-mail with Jim re revealing cases to probation officer (.3); review Jim and Lisa's comments on federal complaint; telecom with Jim and Lisa (.5);input changes to federal complaint (1.0) | 1.8 |
| 9/13/17 - Final proofing of federal complaint (1.0); file withcourt (0.5); create complete package for service of process (0.5); discussions w/Jim re arrangements for service (0.3) | 2.3 |

9/14/17 - E-mail correspondence with Jim re service (0.1);
read Judge Freeman's standing orders (0.3)                                                    0.4

9/15/17 - correspondence with Judge Freeman's
courtroom deputy re available dates for motion
to change case caption and redact names from original
complaint; also re Case Management Conference date                                            0.5

9/18/17 - Correspondence w/process server
and Jim re service of MVPD Officers                                                           0.2

9/19/17 - Further communications w/process
server and MVPD supervisor re service of process                                              0.2

9/20/17 - telecoms w/newly appearing MVPD counsel
and client re stipulation to service of process and
related matters; e-mail correspondence w/process
server                                                                                        0.7

9/21/17 - Negotiate and complete stipulation w/
adverse counsel re service of process and scheduling
in federal case adv. MVPD                                                                     1.0

9/22/17 - Research use of pseudonym in federal court
(1.5) e-mail exchange w/adverse counsel re same
(0.3) ; telecom w/Jim  (0.2)                                                                  2.0

9/23/17 - Draft motion to proceed under pseudonym
in federal court                                                                              3.0

9/24/17 - Send motion to proceed under pseudonym
to client for comment; correspondence re same                                                 0.4

9/25 - Revise and proofread motion to proceed
under pseudonym                                                                               0.5

9/26/17 - File motion to proceed under pseudonym
- prepare and transmit chambers copy                                                          0.5

9/27/17 - E-mail exchange w/Jim re motion to
proceed under pseudonym etc.                                                                  0.1

10/11/17 - Draft Reply Declaration and Memorandum
of Law re Motion for Anonymity (2.2);
communications with Jim and Lisa (.7)                                                         2.9

10/12/17 Revise and file reply docs. on motion
for anonymity                                                         1.2

10/18/17 - receive and review order denying
leave to proceed under pseudonym (0.5);
correspondence same (0.2)                                            0.7

10/19/17 - Further communications re order denying
leave to proceed under pseudonym (1.0); telephone
prospective expert witnesses (1.0)                                   2.0

10/23/17 - Telecom w/Brian Madden (1.0);
redact and file original complaint (3.0); e-mail Jim (.1)          4.1

10/28/17 - Download and initial review of MVPD
Motion to Dismiss                                                    1.0

10/30/17 - Transmit MVPD Motion to client; e-mail
and telecom w/Jim                                                    0.6

10/31/17 - e-mail exchange w/Jim re
scheduling, punch-list etc.                                         0.3

11/30/17 - Begin work on Opp. Rule 12 motion to
dismiss MVPD case                                                    2.4

12/3/17 - Further work on Opp. Rule 12 motion to
dismiss MVPD case
        3.1

12/4/17 - Further work on Opp. Rule 12 motion to
dismiss MVPD case                                                    3.2

12/5/17 - Further work on Opp. Rule 12 motion to
dismiss MVPD case                                                    4.1

12/6/17 - Further work on Opp. Rule 12 motion to
dismiss MVPD case                                                    4.7

12/7/17 - Further work on Opp. Rule 12 Motion to
Dismiss MVPD case                                                    4.9

12/8/17 - Complete, finalize, and file Opp. Rule
12 Motion to Dismiss MVPD Case                                      4.5

| | |
|---|---|
| 12/12/17 - transmit file-stamped version of Opp. Rule 12 motion to dismiss to clients | 0.1 |
| 12/20/17 - Read MVPD Reply (0.5) discuss w/Jim (0.2) | 0.7 |
| 12/21/17 - Letter to Judge Freeman re MVPD request that court consider evidence on Rule 12 Motion | 0.7 |
| 1/3/18 - Rule 26 conference w/adverse counsel in MVPD case (1.0); prepare joint report of meeting and file with Court (2.0); copy to client (0.1) | 3.1 |
| 1/17/18 - Prepare further MVPD federal case management statement in conjunction with adverse counsel | 1.2 |
| 1/18/18 - E-mail MVPD case management statement to Jim, and e-mail exchange re same | 0.2 |
| 2/7/18 - Preparation for oral argument of MVPD motion to dismiss SAC | 2.2 |
| 2/8/18 - Oral argument of MVPD motion to dismiss SAC | 2.0 |
| 2/10/18 - Review e-mail from Jim | 0.1 |
| 4/20/18 - Receive and review Judge Freeman's order on MVPD motion to dismiss (1.0); to clients (0.1) | 1.1 |
| 4/21/18 - Review and respond to Jim's comments and questions regarding Judge Freeman's order | .9 |
| 5/15/18 - Read Maurice email notes from night of arrest & telecom w/Maurice (1.1) , work on locating bail bondsman to serve as expert witness (.7) | 1.8 |
| 5/16/18 - Select and interview bail bondman expert | 0.8 |
| 5/17/18 - Reread Judge Freeman's opinion on motion to dismiss - begin legal research pertinent to Second Amended Compliant | 3.9 |
| 5/26/18 - Begin work on Second Amended Complaint | 2.5 |

5/27/18 - More work on Second Amended Complaint
adv. MVPD.                                                          3.1

5/28/18 - Additional work on Second Amended
Complaint adv. MVPD.                                                3.3

5/29/18 - Complete draft of Second Amended Complaint
adv. MVPD.                                                          2.5

5/30/18 - Review Lisa's suggestions for Second Amended
Complaint and begin revisions                                      1.2

5/31/18 - Complete and file Second Amended Complaint
v. MVPD.                                                            1.3

6/21/18 - Correspondence re hearing date for
next motion in federal court  .                                     .2

6/22/18 - Arrangements with
federal court for hearing date on MVPD motion to
dismiss Second Amended Complaint.                                   0.2

6/24/18 - Telephone conversation with Jim re status.               0.5

7/2/18 - Correspondence with Defendants' counsel
re briefing schedule on Motion to Dismiss Second Amended Complaint
adv. MVPD (0.2); draft and file stipulation (0.5)                  0.7

8/3/18 - Review Defendants' renewed
Rule 12(b)(6) Motion to Dismiss -
Rewatch arrest tape - legal research                               5.2

8/4/18 - Begin drafting opposition to renewed
Rule 12(b)(6) motion                                               4.5

8/5/18 - Further drafting of opposition to renewed
Rule 12(b)(6) motion                                               4.2

8/6/18 - Complete draft of opposition to renewed
Rule 12(b)(6) motion                                               6.7

8/7/18 - Revise Opposition to Rule 12(b)(6)
motion per client suggestions                                      2.1

9/23/18 – Download and read Defendants' Reply Brief

in Support of Motion to Dismiss SAC; shephardize cases                    1.3

9/25/18 – Begin review of cases in preparation for oral
argument on Defendants' Motion to Dismiss Second
Amended Complaint                                                          1.5

9/26/18 - Further preparation for 9/27 oral argument
on 12(b)(6)  motion (read all motions papers and cases,
Shepardize cases.)                                                        6.0

9/27/18 - Complete preparation for oral argument
and orally argue in opposition to motion to dismiss SAC                   3.4

10/2/18 - Communications with Jim re effort to obtain
booking records from Santa Clara County                                   0.7

10/10/18 – Research and write letter brief to Judge Freeman
regarding money damages for unconstitutional
interrogation where suspect did not confess                               4.0

10/11/18 - Complete and file supplemental brief re
damages for interrogation without counsel where suspect
does not confess                                                          1.9

10/15/18 - Read Jim's correspondence re public records request           0.2

10/26/18  Receive, read and forward Judge Freemans's order
on Motion to Dismiss SAC                                                  1.0

10/29/18 – Read and forward Judge Freeman's ruling on issue of
damages for interrogation without counsel absent a confession            0.6

11/6/18 - Research supplemental brief re Article III standing to seek
injunctive relief under Bane Act                                          .3

11/7/18 - Telecom w/Jim (.5); draft supplemental brief re Article
III standing for injunctive relief (3.2)                                  3.7

11/8/18 - Transmit draft supplemental brief re Article III standing
to Jim; review and incorporate Jim's comments                            1.9

11/9/18 - Complete and file supplemental brief re Article III standing
for injunctive relief; read Defendant's Brief on same subject            2.1

11/21/18 - Read Judge Freeman's opinion re Article III standing
for injunctive relief and transmit to Jim                                 0.6

| | |
|---|---|
| 12/10/18 - Draft first request for production of documents | 1.9 |
| 12/11/18 - Proof request for production of documents (.4) transmit to Jim (.1) ; follow up on scheduling with MVPD counsel (.5) | 1.0 |
| 12/12/18 - Create deposition notices and transmit to MVPD counsel | 1.5 |
| 12/13/18 - Correspond w/Jim re videotaping of depositions and related matters | 0.5 |
| 12/23/18 - E-mail to MVPD counsel re scheduling | 0.2 |
| 1/4/19 - E-mail to Jim re calculation of damages for initial disclosure in federal case | 0.3 |
| 1/7/19 - Read e-mail from MVPD counsel re protective order and scheduling; respond | 0.3 |
| 1/11/19 - Further correspondence w/MVPD counsel re protective order | 0.2 |
| 1/12/19 - Begin work on witness list for initial disclosure | 1.0 |
| 1/14/19 - Communicate w/Jim re protective order etc. | 0.2 |
| 1/15/19 - Communicate w/Jim and adverse counsel re protective order and scheduling etc. | 0.5 |
| 1/18/19 - E-mail exchange w/Jon H. re deposition dates and protective order | 0.2 |
| 1/21/19 - Review Defendants' initial response to request for production; review first tranche of documents received from defendants | 3.5 |
| 1/22/19 - Edit Defendant's Draft Protective Order (.9) correspondence w/Jon H. re protective order (1.0); review Defendants' supplemental response to request for production of documents and declaration re disciplinary personnel records withheld (2.0) | 3.9 |
| 1/30/19 - telecoms w/Jon H. re documents withheld and temporary protective order (0.5); review, acknowledgment and transmit to Jim for signature (0.5); further review of documents produced by defendants (1.0) | 2.0 |

| | |
|---|---|
| 1/31/19 - telecom w/Jim re protective order (0.4); transmit executed acknowledgement to Jim(0.5) | 0.9 |
| 2/3/19 - Commence deposition preparation by reviewing documents and videos (2.0); begin depo. outline (0.5) | 2.5 |
| 2/4/19 - Obtain and review police handbooks (3.0); correspondence w/Jon and Jim concerning persons to attend depositions (0.5); further correspondence re dates of future depositions (0.2); further work on deposition outline (1.3) | 5.0 |
| 2/5/19 - Review Jim's edit of deposition outline then discuss with Jim and finalize outline (4.0); select and organize documents for use at depositions (4.2) | 8.2 |
| 2/6/19 - Deposition of Officer Patrick Ward | 6.5 |
| 2/7/19 - Deposition of Officer Britton Moore | 6.0 |
| 2/10/19 - Correspondence w/Jon H. re Initial Disclosures | 0.2 |
| 2/27/19 - Correspondence re MV city council agenda | 0.2 |
| 2/28/19 - Correspondence re inquiry from journalist Mark Noack re upcoming MVPD meeting | 0.3 |
| 3/2-4/19 Short e-mails to set up telephone call with JZ | 0.1 |
| 3/5/19 - Telecom w/JZ (update) | 0.4 |
| 3/12/19 - Correspondence and telecoms w/JZ and adverse counsel re scheduling | 0.5 |
| 3/20/19 - Further telecoms and texts re moving April depositions to June | 0.2 |
| 3/25/19 - correspondence w/adverse counsel re Initial Disclosures and depositions | 0.2 |
| 3/27/19 - Further correspondence w/adverse counsel re Initial Disclosures and Depositions | 0.1 |
| 4/8/19 - Further correspondence w/adverse counsel | |

| | |
|---|---|
| re Initial Disclosures | 0.1 |
| 4/23/19 - correspondence w/JZ re court reporter invoice | 0.1 |
| 4/29/19 - e-mail JZ re computation of damages | 0.1 |
| 5/6/19 - Review Jim's computation of damages and respond | 0.6 |
| 5/8/19 - Review Jim's revised computation of damages; correspondence re same; correspondence re court reporter invoice | 1.2 |
| 5/9/19 - Further correspondence re computation of damages | 0.5 |
| 5/12/19 - Read Ward Deposition (take notes) | 3.4 |
| 5/13/19 - Finish reading Ward Deposition and begin reading Moore Deposition (take notes) | 3.2 |
| 5/14/19 - Finish reading Moore Deposition (take notes) | 2.8 |
| 5/16/19 - E-mail adverse counsel to confirm deposition dates in May | 0.1 |
| 5/17/19 - Further correspondence w/adverse counsel re deposition dates and Initial Disclosures (0.2); review Defendants' Initial Disclosures (0.6) | 0.8 |
| 5/19/19 - Further e-mails and telecom w/JZ re his deposition (0.5), review file, documents and videos in anticipation of JZ Deposition (4.0) | 4.5 |
| 5/20/19 - e-mail exchange w/JZ re witness lists and transmit Defendants' witness list to JZ (.3); prepare JZ for deposition (3.1) | 3.4 |
| 5/21/19 - Defend JZ Deposition (includes r/t travel SF/SJ) | 9.0 |
| 6/4/19 - Correspondence with client and adverse counsel re July deposition dates | 0.2 |
| 6/10/19 – further correspondence re July depo dates | 0.2 |

6/14/19 - read news article re sexual assault exam
of 5 year old by MVPD                                                                 0.2

6/20/19 - transmit JZ depo TR to client (0.1); begin reading and
taking notes (2.7)                                                                    2.8

6/21/19 - cont. reading JZ depo TR (2.7); correspondence
w/JH and JZ re obtaining disc of video of JZ depo (0.2)                               2.9

6/22/19 - cont. reading JZ depo TR (1.0); further
correspondence re obtaining video of JZ depo (0.2)                                    1.2

6/23/19 - Finish reading JZ depo. TR                                                  0.8

7/16/19 - Confirm deposition dates, times, and
location w/JH; transmit deposition notices                                           0.2

7/18/19 - Email JH reminding him to send
dispatch logs                                                                        0.1

7/19/19 - Further correspondence w/JH re
dispatch logs                                                                        0.1


7/20/19 - Transmit interrogation TR to JZ (.1);
select documents to use as exhibits at next week's depositions (3.0);
review Second Amended Complaint and prior
opinions of the court in preparation for depositions  (1.1)                           4.2

7/21/19 - review TR of JZ depo (5); review notes on
JZ, Moore, and Ward depos. (0.8); watch video of JZ
depo (0.5); begin preparation of outline for Garcia depo (0.5)                        6.8

7/22/19 -  review CAD
printouts and additional MVPD policy statements
forwarded by JH (1.0); complete Garcia depo outline (3.7);
draft Ward and Moore supp. depo outlines (2.5)                                        7.2

7/23/19 - Revise Garcia depo outline and
incorporate Jim's ideas from e-mail (2.1); depose
Det. Garcia (4.9); revise depo outlines for Moore and Ward (1.9)                      8.9

7/24/19 - Complete depositions of Garcia, Moore,
and Ward (5.1); meet w/Lisa Zuegel (2.0)                                              7.1

7/26/19 - E-mail JH re Lisa Zuegel depo date                                                        0.2

8/16/19 - correspondence w/Jon H. re identity of
PMK (person most knowledgeable) deponents and
dates for PMK depositions (0.3); email exchange re date
for LZ depo. (0.2)                                                                                  0.5

8/24/19 - E-mail exchange w/Jon H. re upcoming
depositions; e-mail exchange w/L.Z. re deposition
and preparations                                                                                    0.3

8/26/19 - confirm deposition locations and times                                                    0.2

8/27/19 - Set telephone call with Jim for 8/29                                                       0.1

9/11/19 - E-Mail and telecom exchange w/Jim
re Lisa's depo. prep. (0.6); prepare
notice of Marco Garcia PMK depo. (.7)                                                               1.3

9/12/19 - Review Garcia deposition transcript
in preparation for Garcia PMK depo. (3.8); Further
e-mail exchange w/Jim re Lisa's deposition  (.3)                                                    4.1

9/13/19 - Prepare outline and documents for
Garcia PMK depo. (3.5); begin review of portions of
Jim's deposition pertinent to Lisa's deposition
and make notes (1.8); e-mail Lisa re deposition prep. (0.2)                                         5.5

9/14/19 - Complete review of portions of Jim's
depo. pertinent to Lisa's depo. (1.0); review portions of
body-cam video pertinent to Lisa's depo. (0.5); create
outline for Lisa's depo. preparation (2.1)                                                          3.6

9/15/19 - E-mail exchange w/Lisa re depo prep.                                                       0.2

9/16/19 - Depose Marco Garcia as PMK (inc. travel) (2.5);
further exchange w/Lisa re depo prep. (0.5); email
exchange w/Jon H. re dates for further PMK depos. (.4)                                              3.4

9/17/19 - Lisa deposition prep including travel
between SF and Los Altos                                                                            7.0

9/18/19 - Prepare outline for "practice depo.,"
practice depo w/Lisa (inc. travel SF/Los Altos)                                                    8.0

9/19/19 - LZ depo. (incl. travel SF/SJ)                                              9.2

9/21/19 - e-mail scheduling order to Jim                                             0.1

9/22/19 - Create deposition notices and subpoenas
*duces tecum* for remaining PMK depos. (1.9); email
cases w/brief descriptions to Jim (.3)                                               2.2

10/25/19 - Further e-mail exchanges w/clients and adverse counsel re
scheduling                                                                          0.3

10/26/19 - e-mail to Lisa re her deposition transcript                              0.5

10/30/19 - begin review of Lisa
Zuegel Deposition Transcript                                                        3.0

10/31/19 - Complete review of Lisa Zuegel
deposition transcript
                                                                                    2.6
11/4/19 - e-mail exchange with Lisa
Zuegel re scheduling telecom to discuss
possible corrections to deposition transcript                                       0.1


11/5/19 - Telecom w/Lisa concerning possible
changes to her depo. transcript (.07); read Marco Garcia
PMK depo. transcript (0.9)                                                          1.6

11/6/19 - Further exchange with Jim re
scheduling                                                                          0.6

11/8/19 - Begin research re municipal
liability under section 1983 in preparation
for Chris Hsiung depo.                                                              3.3

11/11/19 - Multiple e-mail exchanges
w/Jim and Jon re deposition schedule and
production of documents in response to
subpoena duces tecum                                                               0.4

11/12/19 - Further e-mail exchanges
and phone call re deposition dates and
production of documents responsive to
subpoena *duces tecum*                                                              0.5

| | |
|---|---|
| 11/15/19 - Complete research re municipal liability (1.5) ; begin review of notes on individual defendants' deposition transcripts in preparation for Chris H. depo. (0.5) ; email exchange w/Jon re further deposition dates and document production  (0.4) | 2.4 |
| 11/16/19 - Further preparation for Chris H. depo. | 2.3 |
| 11/17/19 - Complete prep. for Chris H. depo (3.2); email exchange w/Jon (0.4) | 3.6 |
| 11/18/19 - First day of Chris H. depo. (inc. r/t travel between Pac. Heights and Fin. Dist.) | 6.0 |
| 11/19/19 - Draft stipulation extending discovery cut off and send to Jon (0.6); supplemental prep. for Chris H. depo. (1.6) | 2.2 |
| 11/24/19 - Read and respond to Jim's email re invoice and court reporter billing | 0.2 |
| 11/25/19 - Further correspondence with Jim re court reporter's charges; correspondence w/ Jon re deposition dates | 0.4 |
| 11/26/19 - Text Jim re Maldonado and Thompson depo dates | 0.1 |
| 12/2/19 - Follow up text to Jim re depo dates (0.1); research re procedure on leave to amend (2.8) | 2.9 |
| 12/5/19 - Text exchange w/Jim re confirmation of deposition dates | 0.2 |
| 12/6/19 - Text exchange re change of deposition dates | 0.2 |
| 12/9/19 - Further e-mail exchange w/Jim and Jon re scheduling (0.2); telecom w/Jon re case administration (0.5) | 0.7 |
| 12/10/19 - Further e-mails with Jon re deposition schedule | 0.5 |
| 12/11/19 - E-mails and telecom w/Jon re depo | |

schedule and case administration                                                              0.3

12/12/19 - Text exchange w/Jim re deposition
schedule including deposition of Max Bosel (0.2);
exchange re parties defendants intend to depose (0.9);
arrangements with Esquire re court reporter,
videographer and conference room (0.5)                                                        1.6

12/13/19 - E-mail exchange re choice of future
deponents (0.3); begin reading Hsiung Deposition and taking notes (3.1)                        3.4

12/14/19 - Finish reading Hsiung Deposition TR and taking notes (4.5);
begin preparation for Thompson Deposition (1.8)                                               6.3

12/15/19 - Transmit Hsiung Deposition TR to Jim (.2); complete
 preparation for Thompson Deposition (4.5)                                                     4.7

12/16/19 - Prepare for Maldonado deposition (4.0); change deposition dates and
times with Esquire (0.5); read Maldonado Declaration in Opposition to disclosure
of personnel records and research (1.5) ; e-mail exchanges w/Jon re confidentiality
(.8); e-mail Jon w/proposeddates for Bosel deposition (0.3)                                    7.1

12/17/19 - E-mail exchange w/Jon re form of
protective order for police personnel records (0.8);
depose Sean Thompson (inc. travel) (3.5);  draft limited
protective order and email to Jon (1.8)                                                        6.1

12/18/19 - Depose Sergeant Maldonado inc. travel (3.1)
finalize summary judgment briefing schedule (1.0);
file proposed stipulated protective order (0.5);
e-mail exchange w/asst. to Judge Brazil re
availability for mediation (0.7); e-mail to Jon re failure
to search electronically for missing emails,
memoranda and texts (0.8) ; text exchange w/Jim re future
depositions (0.2)                                                                             6.3


12/19/19 - File proposed summary judgment
briefing schedule                                                                             0.4

12/20/19 - Receive signed protective order and save                                          0.1

12/21/19 - e-mail update to Jim (0.3); arrangements with
Judge Smith (mentor) for time to discuss amended
Complaint (0.2).; research re Jon's demand for Rule 35
Psychological examination (2.9)                                                                3.4

12/23/19 - text exchange re meeting with Cecil Webb
re damage computation                                                                 0.4

12/30/19 - Telecom w/Judge Smith
re Zuegel case (amendment of complaint and
possibility of adding Jeffrey as Plaintiff)                                            1.5

12/31/19 - Research re statute of limitation
for adding Jeffrey as Plaintiff                                                        2.0

1/2/20 - Meeting w/Cecil Webb (0.7); further arrangements for mediation  (0.5)    1.2

1/3/20 - Further e-mail exchange re setting up Brazil Mediation                        0.5

1/7/20 - Set up telephone conference w/Jim
and Lisa (0.3) ; have conference discussing possibility
of adding Jeffrey as plaintiff and related matters (1.1);
further e-mail exchange re setting up Brazil mediation (0.4)                           1.8

1/8/20 - Further e-mail exchange w/Jim, Jon and
Aimee re Brazil mediation                                                             1.2

1/9/20 - Further e-mail exchange re mediation
with Judge Brazil                                                                     0.3

1/10/20 - Further e-mail exchange w/Jim
re mediation (0.2); begin reading Thompson and Maldonado
deposition transcripts and taking notes (1.7)                                          1.9

1/11/20 - Finish reading Maldonado and
Thompson Depositions and taking notes                                                  2.0

1/13/20 - e-mail exchange w/Aimee re mediation
agreement; location etc.                                                              0.2

1/14/20 - exchange w/Aimee (Brazil asst.) re payment
for mediation                                                                         0.1

1/15/20 - Receive and transmit to Jim engagement
letter and related materials from Judge Brazil (0.4); E-mail
to Jim re remaining discovery to be completed (0.4);
telecom w/Jim re above (0.4)                                                          1.2

1/20/20 Review Jim's e-mail re "follow-up ideas";

| | |
|---|---|
| attempt to contact Jim to discuss same | 0.8 |
| 1/21/20 - Telecom w/Jim re strategy | 0.7 |
| 1/22/20 - Research whether there has been any change in the law regarding exclusion of Maurice from interrogation (1.0); work on Third Amended Complaint  (3.8) | 4.8 |
| 1/23/20 - Further work on Third Amended Complaint | 3.8 |
| 1/24/20 - "Nudge" e-mail to Jim re deponents and dates (0.2); locate and read Lother Complaint; read Jim's e-mail re interviewing people who worked at YMCA on date of alleged touching (1.2) | 1.4 |
| 1/25/20 - Further work on Third Amended Complaint | 2.8 |
| 1/26/20 - Further work on Third Amended Complaint (4.0) ; e-mail to Jon re completing document production to include e-mails and memoranda (0.4); e-mail to Jon re remaining deponents and dates (0.3); check for match between dates when Garcia was responsible for Crimes against Children and *Lother* incident (0.5); e-mail to Jim re same (0.2) | 5.4 |
| 1/27/20 - exchange w/Jon and Jim re deposition dates and police discipline docs | 0.5 |
| 1/28/20 - review defendant's request for production of documents and e-mail exchange with Jim and Jon re same | 0.6 |
| 1/29/20 - telephone conf. w/Jon re outstanding discovery issues including failure to search for electronically stored documents | 0.5 |
| 1/30/20 - further correspondence re deposition dates and receipt of police disciplinary records | 0.2 |
| 1/31/20 - e-mail Jon re who will be attending mediation (0.2); further work on 3d Amended | |

Complaint (0.8); telecom w/Dr. Wasserman re
his deposition (0.5)                                                          1.5

2/1/20 - further correspondence w/Jon &
Jim re deposition dates (0.2); correspondence w/Jon
re Wasserman deposition prep. date and
Wasserman document production (0.4)                                          0.6

2/2/20 - Further correspondence w/Jon & Jim
re deposition dates                                                          0.1

2/3/20 - Complete draft 3d Amended Complaint
and send to Jim & Lisa (1.8); text Jim re getting
release forms to Dr. Wasserman (0.2)                                        2.0

2/4/20 - correspondence w/Jim & Jon re depo
dates (0.2); transmit draft Third Amended Complaint to Jim (0.2)            0.4

2/6/20 - Review Jon's email re Wasserman depo
and psych evaluation (0.5); research federal case law re
psych evaluation (1.5)                                                       2.0

2/7/20 - e-mail Jon re acceptance of subpoena on
behalf of Dr. Wasserman & conditions for
stipulating to psych evaluation (1.8); whether Jon will
stipulate to filing of 3d Amended Complaint (0.5)                           2.3

2/8/20 - Google Dr. Davies (0.4); research cases cited
by Jon for proposition that I may not attend psych
evaluation (1.4)                                                             1.8

2/9/20 - extended response re Jon's position that I
may not attend psych evaluation (2.5) ; review Dr. Wass-
erman's chart notes received from Jim (1.0) ; review Jim
and Lisa revisions to draft Third Amended
Complaint (0.5); telecom w/Jim and Lisa (0.8)                               4.8

2/10/20 - Revise Third Amended Complaint
incorporating client comments (3.7) ; e-mail to Jim
re psych evaluation issue and my attendance (0.5)                           4.2

2/10/20 - Further correspondence w/Jon re
psych evaluation (1.0); prep for Beninger depo (2.8)                        3.8

2/11/20 - Further correspondence w/Jon re
my appearance at psych exam (0.7); further preparation for

Beninger deposition (2.0) ; further revisions to Third
Amended Complaint and discussion with Jim
re same (2.5)                                                                                    5.2

2/12/20 - Further correspondence w/Jon and
Jim re psych evaluation (1.0); Beninger deposition inc.
r/t travel between SF and SJ (4.5); discussion w/Jim
re document production (2.0); further revisions to
Third Amended Complaint (0.9)                                                        8.6

2/13/20 - e-mails re logistics for Bosel depo. (0.2);
prepare for Bosel depo. (3.1); correspondence re
completing production of police disciplinary
records and completion of Maldonado depo (0.5);
research *Lother* settlement and transmit info to Jim (0.7)            4.5

2/14/20 - deposition of Max Bosel (3.5); psych
evaluation (2.5); r/t travel SF/SJ (2.0)                                          8.0

2/15/20 - e-mail correspondence w/Jim re
meeting in SF on Sunday 16                                                        0.2

2/16/20 - Meeting w/Jim and Lisa in SF re
settlement strategy                                                                      1.3

2/17/20 - Correspondence w/Jim re document
production                                                                                   0.5

2/18/20 - Correspondence w/Jon re completion Jim's audio
recording of psych evaluation (0.3); begin work on
mediation brief (2.4)                                                                  2.7

2/19/20 - Further work on mediation brief and
transmit to Jim and Lisa (2.7); follow up on defendants'
production of electronically stored documents (0.5)                      3.2

2/20/20 - Complete mediation brief and transmit
to Judge Brazil (2.7); begin prep for mediation (1.0); further
work on Third Amended Complaint incorporating
Jim's edits (1.0)                                                                        4.7

2/21/20 - Transmit completed Third Amended
Complaint to Jon (0.2); e-mail exchange w/Jim re

whether we should exchange mediation briefs
and amount of damages to claim (0.5); exchanges w/
Jim and Jon re audio recording of psych evaluation (0.2)                    0.9

2/23/20 - e-mail exchange and telecom w/Jim
re upcoming mediation                                                        0.6


2/24/20 -Exchange mediation briefs w/Jon and read his (1.0);
e-mail exchange w/Jon re Third Amended
Complaint (0.2) ; further correspondence re police
disciplinary records to be produced and confidentiality
of same (0.5); pre-mediation telephone call with Judge
Brazil (1.0); review documentation re client's Starr Way
 property (2.0)                                                              4.7

2/25/20 - Further exchange w/Jim re psych evaluation
audio (0.2); prepare Dr. Wasserman for deposition (1.3);
r/t SF/Palo Alto (1.5); look at additional materials re Starr
Way lot split (.4); prepare for Maldonado depo (1.0);
Read Jon's proposal for production of electronically
stored documents (0.4)                                                       4.8

2/26/20 - Receive police disciplinary records from
Jon and review (0.8); complete preparation for Maldonado
Depo (1.0); receive and edit Jim and Lisa preambles for
mediation (2.9); telecom re same (.3)                                        5.0

2/27/20 – Mediation (3.5) inc. travel; prepare documents for
Wasserman deposition (1.0); telecom w/Jim (0.4)                              4.9

2/28/20 - Complete Maldonado deposition (1.0); complete Wasserman prep.
(1.5) defend Wasserman deposition (4.0);  r/t travel SF/SJ (2.0)             8.5

3/1/20 - correspondence w/Jim and Lisa re
confidentiality of couples counseling notes                                  0.2

3/20/20 - Email to Jon re possible adjustment of
dates for expert witness events                                              0.2

3/21/20 - Telecon w/Jim re status and updates                                0.6

3/23/20 - Text exchange w/Jim (0.1); research re
federal standard for leave to amend (2.0)                                     2.1
3/24/20 - Check N.D. Cal. Court website for response
to Covid Crisis (0.5) ; telecom w/Jon re extending deadlines

for expert witnesses (0.5); prepare stipulation and proposed order re
 above and send to Jon (.6); text exchange w/Jim re same (0.3)          1.9

3/25/20 - Read Beninger and Maldonado depo.
transcripts and take notes          2.9

3/26/20 - Text and telephone exchange w/Jim re
getting Jon to stipulate to filing of TAC (0.3) and
extension of briefing schedule for summary judgment (0.6)          0.9

3/30/20- Complete research re federal standard for
leave to amend (2.0); send cases and email re same to Jon (0.9)          2.9

4/1/20 - E-mail exchange w/Jon re his refusal to stipulate
to filing of TAC (0.5); e-mail Judge Freeman's courtroom
deputy re motion dates and impact of Covid on trial
date (0.3); final edits to TAC  (1.7)          2.5

4/3/20 - Text Jim re time for 3-way telecom w/Dr.
Wasserman, and deadlines/court dates          0.2

4/4/20 - Read Jim's text re Dr. Wasserman as expert          0.1

4/5/20 - Read Jim's correspondence w/Cecil Webb as expert          0.3

4/6/20 - Prepare Motion for Leave to File TAC and
transmit to Jim (4.0); Read Jim's text about arranging call (0.1)          4.1

4/9/20-File Motion for leave to
file TAC and send stamped copy to Jim          .6

4/18/20 - Review Jim's correspondence w/Cecil Webb          0.2

4/19/20 - Telecon w/Jon re agreement to extend deadlines
and send letter to Judge requesting extension of
summary judgment and trial dates (0.7); draft letter and
send to Jon (1.2); review Jon's draft stipulation and
comment (1.0); negotiate language of letter and stipulation (0.6)          3.5

4/20/20- Draft Response to Request for Production of
Documents and transmit to Jim (2.0); text exchange and
telecom w/Jim (0.8)          2.8

4/21/20 - Begin reading Wasserman depo transcript and
take notes (2.5); telecom w/Lisa and Jim re status (0.6)          3.1

| | |
|---|---|
| 4/22/20 - Finish reading Wasserman depo transcript and taking notes | 1.7 |
| 4/24/20 - Receive Judge Freeman's order resetting summary judgment motion and trial (0.4); go through box of documents to be produced (3.6); telecom w/Jim re document production and Dr. Wasserman's diagnosis (0.5); e-mail to Jon re Dr. Wasserman (0.5) | 5.0 |
| 4/25/20 - Review Jon's response re Dr. Wasserman (0.2); Receive Defendant's Opp. Motion to file TAC, read and transmit to Jim (1.0); revise draft re Production of Documents and transmit to Jim (0.7) | 1.9 |
| 4/26/20 - Begin work on Reply in Support of Motion to File TAC | 3.1 |
| 4/27/20 - Complete draft of Reply Brief in Support of Motion to File TAC (3.5); prepare Stipulation and Proposed Order re Scheduling and Transmit to Jon (0.5) | 4.0 |
| 4/28/20 - Further work on document production including privilege and "contemporaneous notes" issues (4.0); review Jim's edits to Reply in Support of Motion to File TAC (0.5); firm up details of scheduling stipulation and proposed order (0.5) | 5.0 |
| 4/29/20 - Compile documents to be produced and mail to Jon together with Response to Request for Production (3.5); revise and file Reply in Support of Motion to File TAC (1.0) | 4.5 |
| 4/30/20 - E-mail Jim final Reply in Support of Motion to File TAC (0.1); Reach out to Jeff Stanley re expert witness project (0.5) | 0.6 |
| 5/6/20 e-mail Jon re status of defendants' supplemental document production | 0.3 |
| 5/7/20 - Further communications w/Rizelle Pecson and Jeff Stanley re expert testimony | 0.6 |
| 5/8/20 - Read Jon's email re supplemental document production and respond; agree to extend deadline for motion to compel further discovery | 0.8 |

5/9/20 - Approve form of stipulation and proposed
order extending time to move to compel (0.5); write to Rizelle
and Jeff to set up Zoom meeting re expert testimony (0.3);
discussion w/Jim re expert witnesses (0.5)                                    1.3

5/18/20 - confirm meeting w/Jeff Stanley and Rizelle (0.2);
draft expert report for Jeff's signature and transmit (1.8)                   2.0

5/19/20 - Zoom meeting with Jeff Stanley and Jim                               0.7

5/22/20 - E-mail exchange and telecom w/Jim re
damage calculation and damages expert                                         0.9

5/26/20 - Review and respond to Jon's letter re
document production                                                            0.6

5/27/20 – Review e-mail from Jeff Stanley and request meeting (0.2);
telephonic meeting with Jon re Defendants' supplemental
document production (0.5); stipulation to extend deadline for
motion to compel (0.5)                                                        1.2

5/28/20 - Confirm that Santa Clara Main Jail in SJ
does not bail inmates after midnight (0.5); revise Stanley
declaration (0.5) ; Zoom meeting with Jim and Jeff (0.5); attempt
to open Defendants' supplemental document
production and request alternative format (0.2).                              1.7

5/29/20 – e-mail exchange w/Jon re outstanding
issues concerning document production                                         0.6

6/1/20 – Transmit Stanley Dec. to Jon; exchange
w/Jim re expert depo. dates                                                   0.5

6/2/20 -  resolve technical problems w/opening
supplemental document production and transmit to
Jim (0.4); review supplemental production (4.2); telephone
conference w/Jon re outstanding disputes regarding
supplemental production (0.6)                                                 5.2

6/3/20 – telecon w/Jim re need for rebuttal experts                           .5

6/4/20 – receive and review log of arrests for sex
crimes (2015 to present) (1.2); telecon w/Jim re status (0.5); review
defendant's further supplemental production (training notes) (0.9)            2.6

6/8/20 – email exchange w/ Jim re falsehoods in Davies' opinion          0.6

6/9/20  - review playback versus Stutchman exhibits          0.5

6/12/20 – read court order converting Motion to File
TAC to Zoom          0.1

6/14/20 – telecon w/Jim re experts etc. (0.5); read MVPD
puff piece (0.2)          0.7

6/15/20 – Respond to court re questions concerning
Zoom appearance (0.2); receive Motion for S.J. and
transmit to Jim (0.4); initial review of Motion for S.J. (2.0)          2.6

 6/16/20 – Research re consent entries          2.9


6/17/20 – Prepare for hearing on Motion to File
TAC (0.8); respond to Jim re timing of hearing and how
to join (0.2); further research re consent entries (4.8)          5.8

6/18/20 – technical set up for Zoom motion hearing (0.2);
further exchange w/Jim and Lisa on how to join (0.2);
hearing on motion for leave to file TAC (0.8); telecom w/Jim
afterward (0.6); complete research re consent entries (2.1)          3.9

6/19/20 - Arrangements to extend time for service of
Supplemental expert reports (0.5); begin research on
Second Cause of Action Opp. S.J. (3.7)          4.2

6/20/20 – Exchange w/Jim re point in interrogation
video where Ward says to Jim: "you just said no . . ."          0.5

6/21/20 – Search for cases with MVPD as
Defendant and send to Jim (2.0); read further
Article concerning MVPD (.4)          2.4

6/22/20 – E-mail exchange w/Jim re conveying interrogation video
to judge (.3); exchange re depo dates for expert witnesses  (.3);
further research on Opp. S.J. Second Cause of Action (3.1)          3.7

6/23/20 – Further exchange w/ Jim re expert
witnesses (.4); complete legal research on Second Cause
of Action Opp. S.J.(2.3)          2.7

6/24/20 – e-mail exchange with audio expert Andy Singer (.5);

Begin research on Third Cause of Action Opp. S.J. (2.9)                    3.4

6/25/20 - Arrangements for further extension of time
to serve rebuttal expert reports (.7); exchange w/potential audio expert
witness Andy Singer (0.9); further exchange w/Jim re "just said no" video (.2);
Complete research on Opp. S.J. Third Cause of Action( 2.0)                3.8

6/26/20 – Further exchange w/audio expert Andy Singer                    0.2

6/27 – Further exchange re Andy Singer                                    0.1

6/29 – File TAC (0.4) – research re Marco Garcia's
possible liability as supervisor  (negative result) (1.0);
Begin research on municipal liability (*Monell*) for Opp. S.J. (1.1);
Further exchange w/Andy Singer (.2)                                       2.7

6/30/20 – Complete research re municipal liability (3.0);
Read letter from Dr. Wasserman (.4); further e-mail
exchange w/Andy Singer  (0.3)                                            3.7

7/1/20 – Conversation w/Andy Singer (0.8) and text
exchange w/Jim re expert deposition dates available in
August (0.2)                                                             1.0

7/2/20 – Further communications w/Andy Singer (.6);
review Singer draft engagement letter and inform Jim
that it is eminently reasonable (0.6)                                    1.2

7/5/20  – Finalize Singer report                                          0.8

7/6/20 – Submit Singer report to Jon (0.2); review BCV
multiple times and begin writing Argument I
(consent entry issue) for Brief Opp. S.J. (3.2)                           3.4

7/7/20 – Further drafting on Argument I of brief
Opp. S.J.                                                                 5.3

7/8/20 – Further work on Argument I section of
brief Opp. S.J.                                                           5.2

7/9/20 – Receive and review Document Retention Schedule
from Jon (.3) ; read e-mail from Jon re use of documents
designated as confidential (.3); continue with work on
Argument I of brief Opp. S.J. (4.9)                                       5.5

7/10/20 – Edit and proofread Argument I of brief Opp. S.J (3.8).;
send to client with questions (.5).                                                    4.3

7/11/20 – Begin research on Argument Section 2 of
brief (4.1); email exchange w/Jim re section of brief
concerning consent entry (0.6)                                                         4.7

7/12/20 – More research on Argument Section 2 of
Brief (2.0); Draft and send Elizabeth Jordan Devaney
Declaration (1.0) - Email exchange w/Jim re draft section of
Opp. S.J. brief addressing consent entry (.6); telecom w/Jim
and Lisa re same (.7); begin writing Argument Section 2 Opp. S.J. (1.0)                 5.3

7/13/20 – Email exchange w/Lisa re brief Opp. S.J. argument
section 1 (0.4); telecoms w/ Jim and Lisa re same (1.0);
incorporate Jim and Lisa edits to argument section ( 3.1)                               4.5


7/14/20 – Further exchange w/Jim and Lisa re
consent entry into home (0.7); complete drafting
argument section 2 (5.5)                                                                6.2

7/15/20 – further drafting Argument section 3                                           4.7

7/16/20 – Complete draft of argument section 3 Opp. S.J. (2.0);
draft section 4 (Marco Garcia) (1.0) ; begin work on section
5 (municipal liability) (3.1)                                                           6.1

7/17/20 –complete drafting Section 5 of brief (municipal liability) (4.0);
begin drafting  Introduction/Statement of Facts (1.4)                                   5.4

7/18/20 – edit brief and insert references (7.7); contact Jon
re use of confidential portion Maldonado depo in brief (0.5)                            8.2

7/19/20 - Edit second draft of brief and proof read (5.5);
Send to client (0.1); draft Jim and Lisa Declarations and
send (4.5); draft my own declaration (1.5), begin work on exhibit
compilation (0.5)                                                                       12.1

7/20/20 – confirmation w/Jon re stipulation that no officer
was disciplined in connection with Lother incident (for
use in lieu of confidential section of Maldonado depo.) (1.0);
discussion w/Jim and Lisa re further edits to brief and
declarations (1.0) ; input edits (2.0); locate, compile and highlight
exhibits to Grayson Declaration ) (6.9)                                                 10.9

7/21/20 – Finalize brief and all supporting
documents (5.8), send to CA for
creation of cover, tables etc. (.9); file with court (0.5);
arrangements for Jim to drop off jump drive (0.3)                          7.5

7/29/20 – Further correspondence re expert deposition
dates                                                                      0.5

7/31/20 – Read Defendants' Reply in Support of
Summary Judgment and send to Jim (1.0); Correspondence
re Judge's Order requiring transcription of body
camera video (0.5)                                                         1.5

8/1/20 – Further correspondence re order requiring
transcription of body camera video and Jon's version
of same (0.2) ; correspondence w/Jon re expert depo dates (0.2)            0.4

8/2/20 – Read Jim's letter re *Elsayed* case                               0.1

8/3/20 – Locate and read *Elsayed* case and send to
Jim (1.0); Further work on transcription of body camera video (2.0);
further exchange w/Jon re Fonzi and Stutchman depositions (0.5)            3.5

8/4/20 – Complete and file objection to Defendants'
transcription of body camera video (1.5); receive Court's
order to created agreed upon version of transcript (.3);
correspondence with Jon concerning agreed upon
transcript (.6)                                                            2.4

8/5/20 – Work on agreed upon version of transcript of
body camera video                                                          1.3

8/6/20 – Exchange of drafts of transcript of body
camera video (2.2); telecom with/Jon re agreed upon
version (.5); negotiate language of document
transmitting agreed version to Court  (0.5)                                3.2

8/10/20 – Draft and send Laura Davies subpoena
duces tecum                                                                0.7

8/12/20 – Receive *Kamerei* case materials from Jon
and forward to Court in advance of SJ hearing (1.4); begin
preparation for SJ hearing (3.3); correspondence re Stanley
deposition (0.2); telecom w/Jim (0.5)                                      5.4

8/13/20 – Complete preparation for SJ hearing (2.7);

Participate in SJ hearing via Zoom (1.0); telecom w/Jim (0.5)                4.2

8/15/20 – Forward audio recording of Davies
interview with Jim to Jon (0.2); select and collect
documents for Davies Deposition  (1.6)                1.8

8/16/20 – Further preparation for Davies depo.                3.1

8/17/20 – Further preparation for Davies depo. (2.8);
Text exchange w/Jim  (0.1)                2.9

8/18/20 - Receive from Jon and review some
documents responsive to Subpoena Duces Tecum for
Davies depo. (1.0); track down plaintiff's counsel from
*Baldosano* case and obtain additional documents
from him (1.5); complete deposition outline for Davies including
newly obtained exhibits (1.7)                4.2

8/19/20 – Davies deposition day 1 (3.1); discuss
Judge Freeman's Standing Order re Civil Jury Trials
w/Jim over lunch (0.8)                3.9

8/20/20 – Correspondence w/Jon and Wayne Brazil
re completion of Davies Deposition (0.5); review video
and transcript of Davies Deposition Part 1 (3.5)                4.0

8/21/20 – Arrangement for Zoom conference w/Jon
and Judge Brazil (0.5); text exchange w/Jim re Davies
deposition (0.2)                0.7

8/23/20 – Forward Davies Depo. TR Part 1 to
Judge Brazil                0.2

8/24/20 – Telecon w/Jon and Judge Brazil (1/0);
engagement letter for Judge Brazil (4); email
exchange w/Jon re hours remaining in Davies depo. (0.2)                1.6

8/25/20 – Further preparation for continued deposition
of Dr. Davies (2.7); correspondence and telecon w/Jim and
Lisa re Lisa's letter to Chris Hsiung (1.0); text exchange
w/Jim re above and settlement( (0.2)                3.9

8/26/20 – Complete preparation for Davies depo. (3.7)
Part 2; telecom w/Lisa re her letter to Chris (0.5);
telecons w/Jim and Jon re same (0.5); further exchange
w/Jon re time remaining in Davies deposition (0.2).                4.9

8/27/20 – Complete Davies deposition                                    8.0

8/28/20 – Exchanges w/Jon re agreed filing
concerning lack of desire for court-sponsored
settlement services (0.5); receive Judge Freeman's
Order re SJ and read and transmit to Jim (1.5);
text exchange w/Jim re sending Davies report
to Wasserman (0.2)                                                      2.2

8/30/20 – Receive Jim's email re letter to
Mountain View City Council Members                                      0.5

8/31/20 -  E-mail exchange w/Jon re arrangements
for Stutchman and Fonzi depositions                                     0.2

9/1/20 – Review Stutchman and Singer reports in
preparation for Singer Deposition (1.0); telecom w/
Andy Singer (0.7)                                                       1.7

9/2/20 – Defend Singer deposition on Zoom (1.2);
follow up e-mail exchange w/Andy Singer  (0.5) ;
text exchanges w/Jim re Singer depo. and blocking
out time to discuss major issues (0.3); review
Jim's redrafted letter to City Council members and
telecom re same (0.6)                                                   2.6

9/3/20 – Brief text exchange w/Jim re
schedule and priorities                                                 0.2

9/4/20 –telecom w/Jim re major strategy decisions (1.0);
read Chris Hsiung's email to Lisa (0.2)                                 1.2

9/6/20 – Read Jim's letter just sent to multiple
City Council members                                                    0.2

9/7/20 – Correspondence w/Jon re propriety of
Jim's letter to City Council Members (0.3) and delay
of Fonzi deposition (0.3)                                               0.6

9/8/20 – Research whether expert testimony re
probable cause is admissible                                            3.0

9/9/20 – e-mail to Jon re meet and confer date and
proposed stipulations (0.4); email exchange w/Jim re
Wasserman bills (0.5); begin drafting Motion *In Limine # 1* (2.0);

research re whether expert testimony re consent
is admissible (2.5)                                                                 5.4

9/10/20 – e-mail exchange w/Jon re Stutchman depo.
exhibit (0.3); prepare for Stutchman deposition (2.8)                                3.1

9/11/20 – complete preparation for Stutchman depo. (1.0);
telecons w/Jon and Jim re delay of Stutchman depo. (0.6);
Complete *Motion in Limine #1* and send to Jim (2.1);
research whether qualified immunity is question of
law for court or question of fact for jury (1.0);
begin work on Fonzi Deposition Outline (1.0)                                         5.7

9/12/20 – email exchange w/Jim re confirming Fonzi
and Stutchman deposition dates                                                      0.3

9/14/20 – reschedule Fonzi and Stutchman Depos.                                     0.5

9/15/20 – Correspondence re communications w/Dr.
Wasserman (0.3); Research for In Limine Motion #3
(Fonzi) (2.0); Supplemental research for Motion in
Limine #1(1.0)                                                                       3.3

9/16/20 – Further correspondence re communications
w/Dr. Wasserman (0.3); more legal research for motions in
limine (2.7); draft and send Fonzi subpoena duces tecum (0.7)                        3.7

9/17/20 – Addition to Fonzi subpoena duces tecum (0.4);
begin reading Davies Deposition (4.2)                                                4.6

9/18/20 – Stutchman Deposition (1.3); draft Motion in
Limine to exclude Stutchman testimony (2.6); receive and
review first tranche of documents responsive to
Fonzi subpoena duces tecum (1.0)                                                     4.9

9/20/20 – Receive and review further documents
responsive to Fonzi subpoena duces tecum (1.0);
correspondence w/Jon re same (0.3); prepare for
Fonzi Deposition (2.5)                                                               3.8

9/21/20 – Fonzi Deposition (3.0); begin drafting motion
in limine to exclude Fonzi testimony (2.6)                                           5.6

9/22/20 – Prepare draft of body of Joint Pretrial
Statement ("JPS") and send to Jon (2.5); complete draft of
motion in limine to exclude Fonzi testimony (2.6)                                    5.1

9/23/20 – Prepare Draft of Appendix to Joint
Pretrial Statement (witnesses and exhibits) and
send to Jim                                                                          1.7

9/24/20 – draft motion in limine # 2 (Davies)                           4.0

9/25/20 – Follow up on late Fonzi Depo. TR (0.3); text exchange w/Jim (0.2)      0.5

9/26/20 – More work on witness and exhibit list for
Appendix to JPS (0.6); follow up w/Jon on copy of Britton
Moore judgment of conviction and Davies' Anxiety
Scale missing from her notes packet  (0.5)                               1.1

9/27/20 – More work on witness and exhibit lists                     0.5

9/28/20 -  Finalize Plaintiff's proposed witness and
exhibit lists and send to Jon (0.5); correspondence w/Jon
re admissibility of Britton Moore conviction (0.5);
conversation w/Jon re Dr. W. (0.5); finalize stipulation
that Dr W. is unavailable for trial (0.5); text exchange
w/Jim (0.2)                                                                          2.2

9/29/20 – More work on witness and exhibit lists (1.6);
text exchange w/Jim re new psychiatrist (0.2)                         1.8

9/30/20 – Draft and finalize Motion In Limine #5
(Lisa's email to Chris Hsiung) (1.7); receive and review
Jon's edit of JPS and defense exhibit list (1.0); telecon
w/Jon (0.4); stipulation to continue filing of PTS
until Monday (0.4)                                                              3.5

10/1/20 – Telecon w/Jim re his proposed edits
to motions in limine (0.5); finalize and file all 5 motions
in limine (2.7); transmit Fonzi bill to Jim (0.1); read Jon's
email w/case authority concerning Britton Moore's
conviction (0.5); telecon w/Jon re same (0.4)                       4.2

10/3/20 – Email exchange w/Jon re admissibility of
evidence regarding Jim's finances and employment (0.8);
review in detail Jon's proposed defense exhibits (1.0);
further work on appendix to JPS (2.2)                                  4.0

10/4/20 – Review Defendants' just-filed Answer (1.0);
research procedural history and discover that

Defendants had not previously filed answer (1.0); research
timeliness of filing (0.5); insert Plaintiff's objection to late
filing of affirmative defenses into JPS (0.5); add damages
documents to Plaintiffs' exhibit list (0.6); insert Plaintiff's
opposition to specified Defendants' exhibits into JPS
Appendix (1.8); transmit Defendants' motions
in limine to Jim (0.2)                                                          5.6

10/5/20 – Exchange w/Jim re Jim's narrative and
other exhibits (1.0); exchange w/Jon re time for giving
jury instructions (0.2); finalize and file JPS w/cover, and
Appendix of witnesses and exhibits (5.0)                                        6.2

10/6/20 – Prepare 1st draft of jury
instructions re consent to enter and send to Jon (3.9);
begin work on juror voir dire questions (1.0); email
exchange w/Jon re juror questionnaire (0.3)                                     5.2

10/7/20 – Draft complete opposition to motion to exclude
Maurice (1.5); work on opposition to
other defense in limine motions (1.3); draft voir dire/
juror questionnaire questions relating to child
molestation (1.0)                                                              3.8

10/8/20 – Draft jury verdict form (0.5); complete
opposition to all Defendants' in limine motions (2.0);
receive Jon's markup of my jury instructions and
negotiate jury instructions w/Jon (3.5); write arguments
in opposition to Defendant's Disputed Jury
Instructions and in support of Plaintiff's Disputed
Jury Instructions (3.5); proof read jury instructions (.7);
finalize proposed voir dire and proposed juror
questionnaire  (0.5)                                                           10.7

10/9/20 – Send to Jim: Defendants' responses to
Plaintiff's motions in limine, filed proposed jury
instructions (w/cover sheet), proposed voir dire,
and proposed juror questionnaire                                               0.5

10/10/20 – email to Jim re trial logistics                                     0.2

10/11/20 – Telecom w/Jim re logistics including
 paralegal and hotel for trial                                                 0.6

10/14/20 – Send link for Pretrial Conference to Jim (0.1);
begin preparation for pretrial conference (1.8)                                1.9

10/15/20 – texts and telecon w/Jim re upcoming
pretrial conference (0.5); complete preparation for
pretrial conference (1.0); participate in pretrial conference (2.0);
order transcript of pretrial conference (0.5)                                    4.0

10/16/20 – Receive and read transcript of Pretrial Conference (1.4);
find and transmit email stating that Jim received a refund from JAMS (0.3).       1.7

10/17/20 – draft proposed juror questionnaire question concerning child
touching (0.7); e-mail Jon re need to include such a question in
juror questionnaire (0.5)                                                        1.2

10/19/20 – Telecon w/Jim re strategy and
voir dire question re touching a child (0.4); e-mail
final form of proposed verdict to Jim (0.2), remind
Jim to propose any additional exhibits (0.5), discussion re
Dr. Greene (0.4)                                                                 1.5

10/20/20 – Further exchange w/Jim re above (0.5); multiple
emails with Jon re adding question concerning touching
a child to juror questionnaire, designation of exhibits,
additions to witness lists, whether Stutchman and Singer
will testify (1.3); read email exchange between Lisa and Chris
Hsiung regarding Jeffrey and Starr Way (0.2)                                     2.0

10/22/20 – Read Judge Freeman's order on motions *in
limine*                                                                          0.6

10/26/20 – Multiple email exchanges w/Tiffany Salinas-
Harwell re reopening of courthouse and time of trial (0.6);
e-mail exchanges w/Lisa regarding her testimony (0.9)                            1.5

10/27/20 – E-mail exchange w/Jon re timing for
exchange of medical exhibits                                                     0.2

10/28/20 – Read further exchanges between
Lisa and Chris Hsiung regarding Jeffrey and
Starr Way                                                                        0.1

10/29/20 -  Read final exchange between Lisa and
Chris Hsiung regarding Jeffrey and Starr Way (0.2);
Prepare Cross-Examination outline for R. Fonzi (3.3)                             3.5

10/31/20 – Confer w/R. Park and agree to structure of

trial notebooks to be created in Seattle and transported
by Park to San Jose (1.5); Begin prep. Cross-Examination Outline
for Patrick Ward (4.2)

                                                                    5.7

11/1/20 – text exchange w/Jim re pharmaceutical
bills and the need for Dr. Yanklowitz to appear in person (0.5);
Prepare cross-examination outline for Britton Moore (4.3)            4.8

11/2/20 – Create outline for trial notebooks and send to
R. Park (1.2) ; email Park documents for inclusion in trial
notebooks (2.3); negotiations w/Jon re admissibility of
Wasserman notes, designation of further exhibits, Lisa,
Davies, Beninger and Garcia appearing at trial without
subpoenas; limitations on Dr. Yanklowitz's testimony;
courtroom audio-visual equipment (1.5); Review Lisa Zuegel
depo. TR and SJ Dec. then begin draft of Lisa trial testimony
outline (3.2)                                                        8.2

11/3/20 – Complete Lisa testimony outline and email
to Lisa (2.3); e-mail exchange w/Jon re 4th Amended
Complaint (.4); detailed review of Wasserman notes (1.2);
further negotiation w/Jon re admissibility of Wasserman
notes in whole or in part (0.6); further correspondence w/Tiffany
re reopening of Courthouse (0.4); prepare examination outlines
for P. Beninger and C. Hsiung (2.5)                                  7.4

11/4/20 – exchange w/Jon re letting Judge decide which
portions of Wasserman's notes will be admitted (.3); prepare
Garcia examination outline (3.0); begin work on Davies examination
outline (3.5)                                                        6.8

11/5/20 – Review Jim depo. TR and begin work on Jim
trial testimony outline                                             4.2

11/6/20 – text exchange w/Jim re who will play Dr. W. (0.2);
correspondence w/Court and client re reopening for
civil jury trials (0.6); read judge's supplemental scheduling
order (0.4); communications w/Jon re revised verdict form (0.4);
further work with R. Park on trial notebooks (1.0); further work
on Davies trial outline (1.8)                                       4.0

11/7/20 – Begin work on Trial Brief                                 3.9

11/8/20 – more work on trial brief  (4.2); work on exhs. (1.5);
arrangements w/counsel for Patti Yanklowitz testimony (0.9);
prepare Yanklowitz subpoena duces tecum (0.5); further

communications w/Jon re Wasserman initial interview
notes and Jim's Conviction of Innocence article (0.6);
telecom w/Jim and Lisa re strategy (0.8)                                              8.5

11/9/20 – Zoom conference w/Judge re jury selection etc. (0.9);
text exchanges w/Jim (0.2); finalize and file trial brief (2.2); work
with Jon on verdict forms (0.4); organize and pack trial
materials (2.8); final coordination w/Robert re trial and witness notebooks (2.0);
correspondence w/Tiffany re Courtroom walk through (0.5)                               9.0

11/10/20 – Complete Jim's 1st draft testimony outline on
airplane (4.1); get set of up in hotel room (1.5); meet with Jim (2.5);
correspondence w/Jon re Britton Moore conviction (0.3); check
trial notebooks prepared by Robert Park (1.0); read Defendants' Trial
Brief and look up cases (1.2)                                                         10.6

11/11/20 – Work on exhibits and loading
onto thumb drive (1.0); work with Jim on his testimony (3.2); more
correspondence w/Jon re Britton Moore misdemeanor (0.3);
review Defendants' exhibit notebook (1.0); begin work on
Opening Statement (3.1)                                                               8.6

11/12/20 – Complete labeling of exhibits and loading
onto thumb drive w/Robert and Jim (0.7); courtroom walk-thru &
jury instruction conference (inc. travel) (4.7); prep Jim's brief initial
testimony (1.5); read through all juror questionnaires and
make initial selection (3.0); complete opening statement draft and practice (3.0)   12.9

11/13/20 – Finalize Opening Statement with Jim (1.0);
Select jury (3.0); Opening Statements (1.8);  prep and deliver Jim's initial
testimony – show video 2x + admin details w/Court (inc. travel) (2.6)                 8.4

11/14/20 – Read Friday's transcript (0.6); further correspondence
w/Judge and Jon re jury instructions (2.0); Complete outline for
Davies testimony (3.1); prep Jim's trial testimony (1.7); initial prep.
of Lisa Trial Testimony (1.2)                                                         8.6

11/15/20 -  Additions to notebooks (0.9); sort out stipulated Wasserman testimony
with Jon and prep. w/Robert Park for same (3.0); arrangements
for appearance of Chris Hsiung (0.5); further
prep. of Jim testimony (3.5); more  prep. of Lisa testimony (1.0)                      8.9

11/16/20 – Complete prep of Lisa's testimony (2.0); trial
(witnesses Jim, Lisa, Wasserman, and Hsiung) inc. travel (8.5); further
arrangements for Pattie Yanklowitz testimony (0.5); read Jon's
supplemental trial brief and begin preparation of written

response (1.4)                                                                    12.4

11/17/20 – Complete written opposition to Jon's
supplemental trial brief, e-mail to Judge Freeman and
file with Court (2.6); argument re above (0.5); read prior day's
trial transcript (1.0); testimony of Yanklowitz & Davies & beginning of
begin Ward testimony (inc. travel) 8.0; arrangement for Beninger
appearance (0.4)                                                                 12.5

11/18/20 – Read prior day's transcript (1.0); research and
preparation for opposition to Jon's Rule 50 Motion (2.0); orally
oppose same (0.5) ; revise cross-examination prep. for Ward
in light of testimony (0.9); testimony of Ward, Moore, Beninger
and Fonzi (5.9); commence work on summation (1.5)                                 11.8

11/19/20 – Read Jim's "key takeaways"
email (0.6); complete preparation of summation & practice (4.0); deliver
summations to jury (2.0); listen to jury instructions (0.5); receive officer
financial info from Jon (0.3); deliver juror questionnaires for shredding (0.1)    7.5

11/20/20 – Wait during deliberations while working on answers
to jury questions and preparing for possible punitive damages
phase (7.5) ; receive jury verdict and corrections to jury verdict (1.0)
rt/travel to courthouse (0.9)                                                      9.4

11/21/20 – Pack and dispose of trial materials                                     1.0

11/24/20  Begin research re fee application                                        2.1

11/27/20   Look up juror e-mails and send emails
requesting phone call (1.2); correspondence w/juror
Darrell Robertson and transmit to Jim (1.5); e-mail exchange
w/Jim (.5); negotiate extension of time to file fee application
with Jon (0.8); prepare and file stipulation re same (0.6)                         4.6

11/28/20 – Further research for memorandum in support of fee application
(3.0); create categories for chart categorizing fees (0.6); collect
contemporaneous time sheet data for  myself, Zarrillo and Park for paralegal
entry into timekeeper chart (1.0)                                                  4.6

11/29/20 -  Collect and list expenses for case for use in fee application          4.2

11/30/20 – Work with paralegal to set up chart for entry of time records (1.0);
color code time entries by category for fee application chart (2.9);
work on identifying lawyer to create declaration re hourly billing rates prevalent
in N.D.CA (2.0)                                                                     5.9

12/1/20 – Request copies of juror correspondence w/Deputy Chief Hsiung (0.5); correspondence and telecoms w/Jon re same (0.8); more work on expense list (0.9)                                                                2.2

12/2/20 – Further color coding of time entries for fee application chart        3.4

12/3/20- Follow up on attorney declaration re hourly billing rates (0.5); follow up re defense counsel's refusal to turn over juror correspondence w/Deputy Hsiung followed by research re same (1.0) conversation with juror Robertson and obtain correspondence from him (0.8)        2.3

12/4/20 – Follow up on outside counsel declaration re attorney billing rates in the Northern District of California (0.5); Research re bills of cost in Northern District (.8); complete research concerning fee applications (4.0)        5.3

12/5/20 – Telcom w/Robert S. Smith concerning declaration re Grayson qualifications in support of fee application (0.7); more work with paralegal on conversion of contemporaneous time records to chart and chart for expenses (1.0); begin drafting "Controlling Law" section of brief in support of fee application (4.2); email exchange w/adverse counsel re due date for bill of costs                                                                5.9

12/6/20 – Email exchange w/adverse counsel re time for meet and confer re attorneys fee and expense application (0.3); complete "Controlling Law" section of brief in support of fee application (2.7); begin review of trial transcript for use in Synopsis of Case section of brief in support of fee application (3.7) telecom w/client re status of fee and expense application (0.5)        7.2

12/7/20 – Work with paralegal on documentation to accompany bill of costs (0.7); first draft of Introduction to Brief in Support of Fee application (1.0); complete review of trial transcript (1.0); begin work on Synopsis of Case section of brief in support of fee application (3.5)        6.2

12/8/20 – E-mail exchange w/Tiffany Salinas-Harwell re hearing date for fee application (0.3); send adverse counsel draft fee and expense charts in anticipation of meet and confer (0.1); meet and confer w/adverse counsel re fee application and expenses (0.4); telecom w/Robert Seeds concerning declaration in support of fee application (0.7); more work on Synopsis of Case section of brief in support of fee application (4.6)        6.1

12/9/20 – Produce First Draft of "Application of Law to Facts" section of Brief in Support of Fee Application        7.2

12/10/20 – Produce First Draft of Grayson Declaration in Support of Fee and Expense Application        6.5

12/11/20 – Begin editing own declaration and Brief in Support of Fee and
Expense Application including coordination between two documents                5.9

12/12/20 – Further editing and coordination of own declaration and Brief
in Support of Fee Application (5.0) ; begin compilation of exhibits
to own declaration (0.4)                                                        5.4

12/13/20 – Work with paralegal Verillo to complete collection and labeling of
exhibits to Grayson Declaration (1.8); Complete edit of declaration and brief
and send to client (3.2); create Notice of Motion (0.6)                         5.6

12/14/20 – Finalize brief and Grayson Dec. in Support of Fee application and
and send to Typelaw for Cover and Tables (2.7); complete Bill of Costs (2.0)
 ecf filing with Court (1.0)                                                    5.7

12/21/20 – text Jim re upcoming Rule 50(b) motion (0.1); e-mail file-stamped
fee motion to Jim (0.3); telecom w/Jim re upcoming litigation events (0.5)      0.9

12/22/20 – Further text exchange w/Jim re upcoming events in case (0.2)
initial review of Rule 50 (b) motion (0.5); transmit motion to Jim (0.1)        0.8

12/27/20 – E-mail exchange and telecom w/Jon H. re meet and confer on Bill
of Costs (0.4); reread defendants' Rule 50 (b) motion (0.5); begin research on
Rule 50 (b) motion (3.4)                                                        4.3

12/28/20 – Further research for Opp. Rule 50 (b) motion                         3.9

12/29/20 – Work on brief Opp. Rule 50 (b) motion (drafting
procedural history) (5.1); create Grayson Dec. Opp. 50(b) motion
and organize exhibits to declaration (2.8)                                      7.9

12/30/20 – Further work on procedural history section of brief Opp. Rule
50(b) motion (2.0); begin drafting of legal argument for brief Opp. Rule
50 (b) motion  (3.6)                                                            5.6

12/31/20 – Further drafting of legal arguments for brief Opp. Rule 50 (b)
motion                                                                          6.1

1/1/21  - Complete and edit draft of brief Opp. Rule 50 (b) motion (6.3);
send draft to Jim with note (.2)                                                6.5

1/2/21 – Final proof and polish for brief Opp. Rule 50 (b) motion (2.8);
send brief to Typelaw for cover and tables (0.5); initial review of Defendants'
Opposition to Bill of Costs (0.5); e-mail Bill of Costs to Jim with note (0.2);
ecf file Grayson Dec. Opp. Rule 50 (b) motion with exhibits (0.6)               4.6

1/5/21- Download and review Defendants' Opp. Fee and Expense Motion (3.9);
send to client w/note (0.2); email exchanges w/adverse counsel re extension of
time to respond (0.4); draft and file stip for extension order on time to
respond (0.5)                                                                        5.0

1/6/21 – Draft Motion to Strike Schratz Declaration (3.8); file with Court (0.3);
send to client with explanation (0.3); correspondence with adverse counsel and
Court re Motion to Strike (0.5); correspondence w/Court re conforming
time chart (0.5)                                                                     5.4

1/7/21- Research re "relatedness" and apportionment of hours under § 1988            4.3

1/8/21 – Research published cases where James Schratz was fee expert (2.6);
begin drafting section of Reply Brief concerning "relatedness" and
apportionment of hours (3.3)                                                         5.9

1/9/21 – Review Defendants' Response to Motion to Strike (0.3); complete first
draft of "relatedness" section of Reply Brief re fees motion (3.0)                   3.3

1/10/21 – Further research re low damage awards and §1988 fee applications
(2.9); first draft of section of Reply brief re same (3.5); update letter to
client (0.5)                                                                         6.9

1/11/21- Read Court's order denying w/o prejudice Motion to Strike Schratz
Dec. (0.2); Begin draft of Reply Brief
section concerning counsel's hourly billing rate (4.0)                               4.2

1/12/21 – More work on draft of section of Reply Brief concerning counsel's
hourly rate (2.8); draft section of Reply Brief concerning expenses (0.7)            3.5

1/13/21 – Receive and review clerk's taxation of costs (1.0); check due date for
Motion to Review Taxation of Costs (0.3); exchange w/adverse counsel re
extension of time to file Motion to Review Taxation of Costs (0.3)                   1.6

1/14/21 – Draft stip. and proposed order setting briefing schedule for Motion to
Review Taxation of Costs – then send to adverse counsel for approval and file
(0.6); begin drafting VEG Reply Dec. re Motion for Fees and Expenses (5.0)
Purchase and read 2020 RRR (1.8)                                                     7.4

1/15/21 – Further drafting of VEG Reply Dec. in Support of Fee and Expense
Motion                                                                              4.9

1/18/21 – Complete 1st draft of Reply Brief in Support of Fee and Expense
Motion (2.0); Complete 1st edit of Reply Brief (3.9)                                 5.9

1/19/21 – 1st edit of VEG Reply Dec. re Fee and Expense Motion     4.8

1/20/21 – Draft JZ Dec. in Support of Fee and Expense Motion and transmit with note (0.7); exchange w/Robert Park re receipts (0.2)     0.9

1/21/21 – Second edit of Reply Brief and Reply VEG Dec. re Fee and Expense Motion (4.6); further exchange w/client re receipts (0.5)     5.1

1/22/21 – Further exchange w/client re declaration and receipts (0.5); proof read Reply Brief and VEG Reply Dec. adding cross-references (3.5)     4.0

1/23/21 – Send draft of Reply Brief and Reply VEG Dec. to client for comment/edit (0.1); work with paralegal Verillo on update of timesheets, expenses, charts, documentation of expenses, and compilation of exhibits to VEG Reply Dec. (6.9)     7.0

1/24/21 – Complete compilations of exhibits including expense documentation (5.6); review client suggestions/edits to Reply Brief and Reply VEG Dec. then input (2.0); finalize Park Dec. (0.5)     8.1

1/27/21 – E-mail exchange w/JAH re briefing schedule for Motion for Review of Taxation of Costs ("MRTOC") (0.2); e-mail exchange w/Lee-Anne Shortridge re payment for trial transcript (0.2)     0.4

1/28/21 – Prepare and file proposed order re schedule for MRTOC (0.4); e-mail exchange w/JAH re possible mediation (0.2); email exchange w/client re same (0.1)     0.7

1/29/21 – Receive and review signed order on briefing schedule     0.1

1/30/21 – E-mail exchange w/client re filed documents and status of case     0.2

2/1/21 – E-mail to JAH re choice of mediator     0.1

2/6/21 – E-mail to client re documentation supporting bill of costs     0.1

2/7/21 – Begin work on Grayson Declaration in Support of MRTOC     3.8

2/8/21 – Further email exchange w/JAH re mediation (0.2); Further work on Grayson Dec. in Support of MRTOC (3.2); Begin work on P&A in Support of MRTOC (3.0)     6.4

2/9/21 – E-mail exchange w/Tiffany S-H re date for hearing of MRTOC (0.6);
Prepare Notice of Motion for MRTOC (0.5); Further work on P&A in
Support of MRTOC (3.5); text exchange w/client re exhibits and mediation (0.2)   4.8

2/10/21 – e-mail client re mediation date (0.1); edit drafts of Dec. and P&A in
Support of MRTOC (2.9)                                                            3.0

2/11/21 – Send MRTOC drafts to client for review (0.1) Finalize MRTOC
including exhs. (1.9); Further exchange w/Tiffany S-H re motion dates (0.2)       2.2

2/12/21 – Final proof and file MRTOC (0.7); email exchange w/client re
date for mediation (0.2)                                                         0.9

2/16/21 – Further exchange w/JAH re scheduling mediation                         0.1

2/27/21 – Review Defendants' Opposition to MRTOC                                 0.7

3/1/21 – Prepare Grayson Reply Dec. in support of MRTOC and exhibits             3.1

3/2/21 – Research and draft Reply P&A in support of MRTOC                        5.5

3/3/21 – Transmit Reply re MRTOC to client (0.1) and text exchange
w/client re contents (0.2); finalize documents and exhibits (1.0)                1.3

3/4/21 – File Reply in support of MRTOC                                          0.4

3/6/21 – Text exchange w/client re mediation                                     0.2

3/9/21 – Complete JAMS documents for Mediation                                   0.2

3/13/21 – Correspondence w/JAMS re status and duration of mediation              0.2

3/15/21 – Further exchange w/JAMS re status and duration of mediation            0.3

3/17/21 – Further exchange re confirmation and length of mediation               0.2

4/13/21 – Draft and file letter to Judge Freeman re hearing schedule for
post-trial motions (0.7); email copies to BLF and JAH (0.1);
read Jon's response (0.1)                                                        0.9

4/14/21 – Exchange w/JAH re mediation and Starr Way lot split                    0.3

4/16/21 – Respond to emails from BLF and JAH re setting post-trial
motions for 5/13 (0.2); review JAH response re lot split (0.1); exchange re
above w/client (0.1)                                                             0.4

| | |
|---|---|
| 4/17/21 – Email JAH re exhibits for mediation briefs | 0.1 |
| 4/18/21 – Further email exchange w/JAH re exhibits for mediation briefs | 0.3 |
| 4/20/21 – Draft mediation brief (1.6) and send to client (0.1) | 1.7 |
| 4/21/21 – Exchange w/client re content of mediation brief (0.2); Finalize mediation brief and exhibits and transmit to JAMS (2.0) | 2.2 |
| 4/23/21 – Review Defense Mediation Brief (0.5); transmit to client and discuss (0.1); exchange w/JAMS re Zoom set up and participation (0.2) | 0.8 |
| 4/25/21 – Text exchange w/client re JAMS confidentiality agreement and who will attend mediation | 0.3 |
| 4/28/21 – Further text exchange w/client re who will attend mediation and mediation strategy | 0.2 |
| 4/29/21 -Pre-mediation telecon w/client (0.5); mediation (4.2) | 4.7 |
| 5/8/21 – Work on update of hours and expense records | 2.0 |
| 5/9/21 – Work with Bea Verrrillo on update to time and expense calculations and charts (1.7); draft letter to court re same (0.5) | 1.9 |
| 5/10/21- Transmit letter and updated records to Court (estimated) (0.5) | 0.5 |
| 5/12/21 – Prepare for hearing of post-trial motions (estimated) | 4.5 |
| 5/12/21 – Hearing of post-trial motions (estimated) | 1.5 |

**TOTAL HOURS DOCUMENTED**                                         **1410.7**