**All Timekeepers Time Billed in Zuegel v. MVPD et al.; Case No. 17-cv-03249**

| Hours Billed: | VE Grayson | Gregory Zarrillo | Robert Park | Bea Verrillo |
|---|---|---|---|---|
| Billing Category: | Attorney | Paralegal | Paralegal | Paralegal |
| Billing Rate: | $ 675.00 | $185 | $235 | $150 |
| 1 - Complaint and Pre-Complaint Investigation | 78.9 | - | - | |
| 2 - Discovery | 297.6 | 32.4 | - | |
| 3 - Motion Practice - Rule 12(b)(6) | 86.4 | - | - | |
| 4 - Motion Practice - Summary Judgement | 142.3 | 6.7 | - | |
| 5 - Motion Practice - Leave to Amend | 30.9 | - | - | |
| 6 - Motion Practice - Rule 50(b) Motion | 38.5 | | | |
| 7 - Settlement Efforts | 36.4 | - | - | |
| 8 - General (non-discovery) Communication w/ Clients and Adverse Counsel; Case Mgmt | 85.4 | - | - | |
| 9 - Expert Selection, Reports and Discovery | 118.9 | - | - | |
| 10 - Pretrial (incl. joint pretrial statement w/ appendix, jury materials, and pretrial conference) | 87.9 | - | - | |
| 11 - Trial Preparations and Trial | 180.5 | - | 146.7 | 2 |
| 12 - Fee Application | 227 | - | - | 50.2 |
| **Total Hours** | **1410.7** | **39.1** | **146.7** | **52.2** |
| **Total Billed** | **$ 952,222.50** | **$ 7,233.50** | **$ 34,474.50** | **$ 7,830.00** |

| | | |
|---|---|---|
| | **Total Hours Across All Time Keepers** | 1648.7 |
| | **Total Billed Across All Time Keepers** | $1,001,760.50 |