# Violet Elizabeth Grayson Expenses, Zuegel v. MVPD et al.; Case No. 17-cv-03249

**Total Expenses:** $76,366.31

| Date | Expense Description | Expense Amount |
|---|---|---|
| 6/7/17 | Court Filing Fee | $400.00 |
| 6/27/17 | Grayson travel to meet clients in upstate New York (r/t airfare NYC and Buffalo N.Y. ($498.73) taxis ($100)) | $598.73 |
| 9/18/17 | Express mail to process server | $23.75 |
| 9/19/17 | Service of Summons and Complaint on 4 defendants (through 9/21/17) | $380.00 |
| 9/26/17 | Express mail courtesy copy of pseudonym motion to Court | $23.75 |
| 12/8/17 | Typelaw preparation of cover and tables of brief Opp. 12(b)(6) Motion (Rush) | $399.00 |
| 12/8/17 | Express Mail courtesy copy of above | $23.75 |
| 2/8/18 | Transcript of Hearing on Rule 12(b)(6) motion | $120.45 |
| 4/2/18 | Typelaw preparation of cover and tables of brief Opp. 12(b)(6) Motion | $265.00 |
| 4/2/18 | Express mail copy motion opp. to Court | $23.75 |
| 2/4/19 | Duplication of documents for Ward and Moore depositions | $27.00 |
| 2/6/19 | Depo TR and Video Officer Patrick Ward | $3,195.45 |
| 2/7/19 | Depo TR and Video Britton Moore Volume I | $3,245.75 |
| 6/17/19 | Copy of James Zuegel Depo. | $993.60 |
| 6/20/19 | Disk of James Zuegel Depo. | $300.00 |
| 7/20/19 | Duplication of exhibits for Garcia depo. & completion of Ward and Moore depos. | $81.82 |
| 7/23/19 | Depo TR and Video Detective Marco Garcia | $2,637.10 |

| Date | Description | Amount |
|---|---|---|
| 9/16/19 | Parking SJ | $7.00 |
| 9/16/19 | Mileage - 331 miles (3 rt SF/LosA.; 1 rt SF/SJ) at 58 cents per mile (through 9/19/19) | $191.98 |
| 9/19/19 | Parking Meter SJ | $7.25 |
| 10/3/19 | Depo. transcript and disk for Marco Garcia as PMK | $898.85 |
| 10/11/19 | Copy Lisa Zuegel Depo. Transcript | $603.94 |
| 11/18/19 | Depo TR and Video Christopher S. Hsuing as PMK Volume I | $2,774.88 |
| 12/14/19 | Printing Exhibits for Thompson & Maldonado Depos. | $153.00 |
| 12/17/19 | Depo TR and Video Sgt. Sean L. Thompson | $2,042.40 |
| 12/18/19 | Depo TR and Video Sgt. Fernando Maldonado Volume I | $1,604.10 |
| 12/22/19 | Depo TR and Video Christopher S. Hsuing as PMK Volume II | $1,671.63 |
| 1/16/20 | Mediation payment to JAMS (1/2 of total paid by parties) | $2,450.00 |
| 2/10/20 | Duplicate exhibits for Bosel, Beninger, & Maldonado II depos. | $42.40 |
| 2/28/20 | Uber VEG travel between SF and SJ for depos Feb. 2020 | $504.86 |
| 3/3/20 | Depo TR and Copy Sgt. Peter Beninger | $1,737.15 |
| 3/20/20 | Depo TRs and Copies Max Bosel | $1,841.15 |
| 3/23/20 | Depo TR and Copy Sgt. Fernando Maldonado Volume II | $882.55 |
| 3/23/20 | Check Paid to ACTA Med Services | $5.00 |
| 3/24/20 | Depo. TR Saul Wasserman, M.D. | $921.20 |
| 4/29/20 | Postage for hardcopy document production | $15.05 |
| 7/21/20 | Typelaw production of cover and tables for memo. Opp. S.J. | $365.00 |
| 7/23/20 | Print Chambers Copy of Opp. Motion for S.J. | $114.65 |
| 7/23/20 | UPS Chambers copy of Opp. Motion for S.J. | $19.98 |
| 7/24/20 | Transcripts and video recording of depositions of Marco Garcia | |

|  |  |  |
|---|---|---|
|  | and Officers Ward and Moore Volume II | $3,683.61 |
| 8/17/20 | Duplication of exhibits for Davies depo. | $241.94 |
| 8/26/20 | Payment to JAMS for Hon. Wayne Brazil as referee | $3,950.00 |
| 8/27/20 | Check to Dr. Laura Davies | $5,600.00 |
| 9/11/20 | Further payment to JAMS for Wayne Brazil | $1,952.80 |
| 9/24/20 | Copy Depo. TR Andrew Singer | $469.20 |
| 10/2/20 | Prep. 3-hole punch copies of mils for chambers | $20.00 |
| 10/2/20 | Priority mail mils to chambers | $18.90 |
| 10/8/20 | Fonzi Depo. TR | $1,055.25 |
| 10/16/20 | Transcript (expedited) of pre-trial conference | $477.95 |
| 10/17/20 | Depo TR and Video Laura Davies, M.D. Volume I | $1,718.15 |
| 10/17/20 | Depo TR and Video Laura Davies, M.D. Volume II | $6,215.55 |
| 10/17/20 | Stutchman Depo. TR | $565.00 |
| 10/25/20 | Check to Dr. Andrew Singer (defense audio expert) | $2,250.00 |
| 10/25/20 | Check to Robert Fonzi | $1,500.00 |
| 11/2/20 | Three Ring Binders and tabs for trial notebooks | $495.00 |
| 11/9/20 | Typelaw Tables and Cover for Trial Brief | $365.00 |
| 11/10/20 | Airfare Robert Park | $381.20 |
| 11/10/20 | Rental Car for trial | $451.56 |
| 11/10/20 | Packing and Shipping for Trial Notebooks | $226.96 |
| 11/12/20 | Parking across from Courthouse during trial (through 11/20/20) | $129.00 |
| 11/17/20 | Duplicating (FedEx/Kinko's San Jose) | $340.16 |
| 11/18/20 | Hotspot Data during Hotel Wifi failure | $40.00 |

| Date | Description | Amount |
|---|---|---|
| 11/20/20 | Gasoline During Trial | $57.26 |
| 11/21/20 | Hotel in Los Altos V. Grayson & R. Park 11/10/20 -11/21/20 | $6,549.51 |
| 12/14/20 | Typelaw Tables and Cover for Memo in Support of Fee App. | $365.00 |
| 12/22/20 | Printing and mailing chambers copy of costs motion | $120.55 |
| 12/24/20 | Paid to Court Reporter Lee-Anne Shortridge for Trial Transcript | $3,083.70 |
| 1/4/21 | Cover and tables for brief in opposition to 50(b) motion (Typelaw) | $265.00 |
| 1/14/21 | 2020 Real Rates Report | $500.00 |
| 1/22/21 | Payment for trial testimony of Dr. Patti Yanklowitz | $600.00 |
| 1/25/21 | Payment to Typelaw for Fee/Expense RB Tables and Cover | $365.00 |
| 2/1/21 | Payment to Typelaw for Tables and Cover for Motion to Review Taxation of Costs | $365.00 |
| 2/3/21 | Duplication and Mailing of Chambers Copies Reply re Fee Motion, and Opp. Rule 50(b) Motion | $202.09 |
| 2/19/21 | Duplication and mailing for chambers copy of Motion for Review of Taxation of Costs | $83.59 |
| 4/20/21 | Duplication and mailing for chambers copy of Reply Re Motion for Review of Taxation of Costs | $69.46 |
| **Total Expenses:** | | **$76,366.31** |