## Expenses Zuegel v. MVPD et al.; Case No.  17-cv-03249

| Expense Code | Expense Amount |
|---|---|
| 1 - Filing Fee, Service of Process | $ 780.00 |
| 2 - Travel (Incl. Hotels, Parking, Uber) | $ 8,878.35 |
| 3 - Typelaw Brief Covers and Tables | $ 2,754.00 |
| 4 - Shipping, Duplication, and Trial Notebooks | $ 2,407.55 |
| 5 - Court Reporter's Transcripts & Video Disks | $ 42,738.61 |
| 6 - Mediation Fee JAMS - Wayne Brazil | $ 2,450.00 |
| 7 - Fee for Wayne Brazil presiding as referee at deposition of Dr. Laura Davies | $ 5,902.80 |
| 8 - Plaintiff's Payments to Plaintiff Experts | $ 2,850.00 |
| 9 - Plaintiff's Payments to Defense Experts | $ 7,105.00 |
| 10 - Real Rate Report | $ 500.00 |
| **Total Case Expenses** | **$ 76,366.31** |